**Fill in this information to identify the case:**

Debtor name    EPIC Companies Midwest 2023, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30282

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

<table>
<tr><td colspan="3">Part 1:    Summary of Assets</td></tr>
<tr><td>1.</td><td>**Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)</td><td></td></tr>
<tr><td></td><td>1a. **Real property:**<br>Copy line 88 from *Schedule A/B*..................................................................</td><td>$              0.00</td></tr>
<tr><td></td><td>1b. **Total personal property:**<br>Copy line 91A from *Schedule A/B*..............................................................</td><td>$      12,378,612.82</td></tr>
<tr><td></td><td>1c. **Total of all property:**<br>Copy line 92 from *Schedule A/B*................................................................</td><td>$      12,378,612.82</td></tr>
</table>

<table>
<tr><td colspan="3">Part 2:    Summary of Liabilities</td></tr>
<tr><td>2.</td><td>**Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................</td><td>$              0.00</td></tr>
<tr><td>3.</td><td>**Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)</td><td></td></tr>
<tr><td></td><td>3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................</td><td>$              0.00</td></tr>
<tr><td></td><td>3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............</td><td>+$      12,327,013.00</td></tr>
<tr><td>4.</td><td>**Total liabilities** ................................................................................<br>Lines 2 + 3a + 3b</td><td>$      12,327,013.00</td></tr>
</table>

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | EPIC Companies Midwest 2023, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | 24-30282 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Western Bank & Trust | Checking | 2555 | $177,704.18 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $177,704.18 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | 120,980.98 | - | 0.00 | = .... | $120,980.98 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   EPIC Companies Midwest 2023, LLC                                Case number *(If known)*  24-30282
_____Name_____

| 11b. Over 90 days old: | 12,581.66 | - | 0.00 | =.... | $12,581.66 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | $133,562.64 |

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
         Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   EPIC Companies Midwest 2023, LLC
Name

Case number *(If known)* 24-30282

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.   **Notes receivable**
Description (include name of obligor)

Notes Receivable - See attached list        12,067,346.00   -   0.00   =   $12,067,346.00
Total face amount        doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
Debtor believes there are causes of actions against third parties and is currently evaluating these claims. Debtor will file an amended schedule A/B with these causes of action once evaluation is complete.        $0.00

**Nature of claim**   Claims against third party
**Amount requested**   $0.00

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.        $12,067,346.00

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  EPIC Companies Midwest 2023, LLC                                    Case number *(If known)*  24-30282
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $177,704.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $133,562.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $12,067,346.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,378,612.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,378,612.82 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Note Receivables - Schedule A/B #71

**EPIC Funds**
**Consolidated Schedule of Receivables**
**As of July 18, 2024**

| Principal Due as of June 30, 2024 Company | Fund E23 | ECM | EMP | EOC | EWF | Grand Total |
|---|---|---|---|---|---|---|
| 36th & Veterans LLC | | 690,000 | | | | 690,000 |
| 8th & Main, LLC | 10,000 | | | | | 10,000 |
| Area 57 Association Inc | | 25,000 | | | | 25,000 |
| BA Downtown LLC | 335,000 | 100,000 | 60,000 | | | 495,000 |
| Beacon East Real Estate Holdings LLC | | | | 3,075,000 | | 3,075,000 |
| Beacon Landholdings LLC | 590,000 | 520,000 | | | 405,000 | 1,515,000 |
| Beacon NW Real Estate Holdings LLC | 265,000 | 2,390,000 | 20,000 | 300,000 | | 2,975,000 |
| Big M Minot LLC | 165,000 | | | 285,000 | | 450,000 |
| Boulevard Square II LLC | | 40,000 | | | | 40,000 |
| Boulevard Square III LLC | 10,000 | 1,680,000 | 30,000 | | | 1,720,000 |
| Boulevard Square IV LLC | 30,000 | 225,000 | | | | 255,000 |
| Canfield's Corner LLC | 180,000 | | 180,000 | 100,000 | | 460,000 |
| CBE LLC | | 50,000 | | | | 50,000 |
| Dutch Mill Development LLC | 100,000 | | | | | 100,000 |
| EOLA Landholdings LLC | 345,000 | 350,000 | | 265,000 | 50,000 | 1,010,000 |
| EPIC Companies Midwest LLC | 1,786,546 | | | 995,000 | | 2,781,546 |
| EPIC Gateway East Real Estate Holdings LLC | 165,000 | 72,000 | | 100,000 | 190,000 | 527,000 |
| EPIC Gateway LLC | 425,000 | | | | | 425,000 |
| EPIC Gateway North Real Estate Holdings LLC | | 150,000 | | | | 150,000 |
| EPIC Holdings II LLC | 412,750 | 1,870,000 | | 150,000 | | 2,432,750 |
| EPIC Holdings LLC | 25,000 | 525,000 | | | | 550,000 |
| EPIC Hospitality LLC | | 785,000 | | 50,000 | | 835,000 |
| EPIC Management LLC | 500,000 | | | 450,000 | | 950,000 |
| EPIC Place LLC | | 200,000 | | | | 200,000 |
| EPIC Preference LLC | 290,000 | 575,000 | | | | 865,000 |
| EPIC Unite Real Estate Holdings LLC | 1,140,000 | | 20,000 | 360,000 | | 1,520,000 |
| Fargo South Hospitality LLC | | 500,000 | | | | 500,000 |
| Forward Building Investments LLC | | 150,000 | | | | 150,000 |
| Friends of the Wave LLC | 31,050 | | | | | 31,050 |
| Greenfield Commons II LLC | 365,000 | 1,449,500 | 50,000 | 20,000 | | 1,884,500 |
| Greenfield Commons III LLC | | 325,000 | | | | 325,000 |
| Greenfield Commons LLC | | 1,405,000 | | | | 1,405,000 |
| Henry Land Holdings LLC | 130,000 | 100,000 | | | | 230,000 |
| HIE Depot LLC | 200,000 | | | | | 200,000 |
| JP Place LLC | 969,000 | 351,000 | | | | 1,320,000 |
| LTC - The Don LLC | 975,000 | | | 515,000 | | 1,490,000 |
| LTC - The Falcon LLC | 25,000 | 50,000 | | | | 75,000 |
| LTC - The Lincoln LLC | 460,000 | 60,000 | | 50,000 | | 570,000 |
| Makt LLC | 930,000 | 1,403,500 | | | | 2,333,500 |
| MBG Land LLC | | 25,000 | | | | 25,000 |
| Northern Mall Partners LLC | 45,000 | | | 125,000 | | 170,000 |
| Perham Carpet LLC | 10,000 | 125,000 | | | | 135,000 |

**Note Receivables - Schedule A/B #71**

**EPIC Funds**
**Consolidated Schedule of Receivables**
**As of July 18, 2024**

| Principal Due as of June 30, 2024 Company | Fund E23 | ECM | EMP | EOC | EWF | Grand Total |
|---|---|---|---|---|---|---|
| Pioneer Place Holdings LLC | 90,000 | | 50,000 | 40,000 | | 180,000 |
| Pioneer Place LLC | | 150,000 | | | | 150,000 |
| SAD Downtown LLC | 339,000 | 591,000 | | | | 930,000 |
| Sheyenne 32 North LLC | 20,000 | | | | | 20,000 |
| Sheyenne 32 South LLC | 30,000 | | | | | 30,000 |
| Sheyenne 32 South Residential LLC | 200,000 | | | 100,000 | | 300,000 |
| The Tracks - Maverick LLC | | | | 1,710,000 | | 1,710,000 |
| The Tracks - Sheridan LLC | 330,000 | 100,000 | | 385,000 | | 815,000 |
| Tigger Holdings LLC | 70,000 | 700,000 | 30,000 | | | 800,000 |
| U of J MU Jamestown LLC | 15,000 | 50,000 | | | | 65,000 |
| Vanne Moorhead LLC | 39,000 | 850,000 | | | 300,000 | 1,189,000 |
| West Fargo Dive Bar LLC | 20,000 | | 7,000 | | | 27,000 |
| **Grand Total** | **12,067,346** | **18,632,000** | **447,000** | **9,075,000** | **945,000** | **41,166,346** |

**Fill in this information to identify the case:**

Debtor name      EPIC Companies Midwest 2023, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30282

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    EPIC Companies Midwest 2023, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   24-30282

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>North Dakota State Tax Commissioner<br>Office of State Tax Commissioner<br>PO Box 5623<br>Bismarck, ND 58506-5623 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number *(if known)* | 24-30282 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3  Priority creditor's name and mailing address

Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Anita M Anderson Revocable Trust
Anita M Anderson
5136 Mesabi Lane
Hibbing, MN 55746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.2** Nonpriority creditor's name and mailing address

Arnold & Luella Gomke
5965 Brittania Boulevard
Tavares, FL 32778

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

$150,000.00

---

**3.3** Nonpriority creditor's name and mailing address

Arrow, LLC
Dr. Fadel Nammour
3419 1st Street E
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

$100,000.00

---

**3.4** Nonpriority creditor's name and mailing address

Audrey Smith
509 6th Ave
Marion, ND 58466

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

$200,000.00

---

**3.5** Nonpriority creditor's name and mailing address

Beth Postemski
430 Oak Street
Steamboat Springs, CO 80477

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$152,304.00

---

Debtor __EPIC Companies Midwest 2023, LLC__    Case number (if known) __24-30282__
      Name

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | $27,109.00 |

Bill Leier & Teri Brackenbury Leier
320 32nd West Ave W #302
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | $190,458.00 |

Brian Goeser
PO Box 114
Munich, ND 58352

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | $10,000.00 |

BWK Real Estate LLC
Bart Kounovsky
55 Copper Rose Ct
Steamboat Springs, CO 80487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | $1,054,272.00 |

Clifford Otten
908 Shady Lane East
Wayzata, MN 55391

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | $100,000.00 |

Cordell Wold
PO Box 1402
Watford City, ND 58854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | $50,000.00 |

Curt Christofferson
723 7th St. E
Napoleon, ND 58561

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | $100,000.00 |

Cynthia Ellingson
PO Box 220
Sherwood, ND 58782

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investment Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    EPIC Companies Midwest 2023, LLC    Case number (if known)    24-30282
_____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,000.00 |
|---|---|---|---|
| | Darryl Lee Edwards<br>8211 62nd St SE<br>Edgeley, ND 58433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,566,835.00 |
|---|---|---|---|
| | David Schall<br>301 Woodland Circle<br>Grand Forks, ND 58201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|---|---|---|---|
| | David Warrey<br>541 Willow Bend Circle<br>Casselton, ND 58012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|
| | Dean & Beth Schoenbug<br>4260 Highway 5<br>Mohall, ND 58761 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | Dianna Schumacher<br>606 S. Main St<br>Milbank, SD 57252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|
| | Donald Kounovsky<br>1201 North 1st Street<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,603.00 |
|---|---|---|---|
| | Donna & Michael Klein<br>6201 121st Ave. SE<br>Minot, ND 58701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Investment Creditor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    EPIC Companies Midwest 2023, LLC                                    Case number (if known)    24-30282
              Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,836.00 |
|---|---|---|---|

Duane Foley
1401 35th Ave SW
Minot, MN 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235,625.00 |
|---|---|---|---|

Elizabeth Goeser
2306 College Dr N
Devils Lake, ND 58301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

EPIC Skyline, LLC
Vicki Campbell
PO Box 879
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

Essential Living Inc
400 10th St SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

Gary Foss
8468 Highway 3
Rolette, ND 58366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

Gene & Sherry Rode
PO Box 66
Marion, ND 58466-0066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,711.00 |
|---|---|---|---|

Harold & Robin Hultberg
884 31st Ave NW
Coleharbor, ND 58531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,304.00 |
|---|---|---|---|

Harold Hultberg
884 31st Ave NW
Colehorbor, ND 58531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,906.00 |
|---|---|---|---|

HTG Investments LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

JAK23 LLC
Aaron Johnson
4424 S Technology Drive
Sioux Falls, SD 57106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,336.00 |
|---|---|---|---|

James D. Olson Trust
2850 Longfellow Rd
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

Jeff & Peggy Miller
1920 Riverwood Drive
Bismarck, ND 58504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,500.00 |
|---|---|---|---|

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,417.00 |
|---|---|---|---|

Jeremy Moe
22213 Dakota Ave
Lakeville, MN 55044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Jerry Meyers
2115 147th Ave. SE
Erie, ND 58029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,500.00**

Jim & JoAnn McKay Family Trust
13707 Sewell Ln
Hudson, FL 34667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Jim & JoAnn McKay Family Trust
13707 Sewell Ln
Hudson, FL 34667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

Kandas Edwards
8211 62nd St SE
Edgeley, ND 58433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00**

Katherine Jean Backen-Andersen
117 3rd Ave East
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00**

Kimberly Voltz
7332 Summerland Cove
Lakewood Ranch, FL 34202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,265.00**

Kristen Kounovsky
3680 54th St S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

---

**3.41** Nonpriority creditor's name and mailing address

Larry & Betty Ledene
PO Box 155
Powers Lake, ND 58773

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.42** Nonpriority creditor's name and mailing address

Larry & Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$80,000.00

---

**3.43** Nonpriority creditor's name and mailing address

Larry Senechal
4574 4th Ave NE
Balfour, ND 58712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.44** Nonpriority creditor's name and mailing address

Leon or Janell Vandeberg
2114 16th Court W
Williston, ND 58801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$500,000.00

---

**3.45** Nonpriority creditor's name and mailing address

Liberty Development, LLC
Vicki Campbell
400 10th Street SE
Minot, ND 58701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$170,000.00

---

**3.46** Nonpriority creditor's name and mailing address

Lonnie & Mary Hass
1909 9th Street N
Fargo, ND 58102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.47** Nonpriority creditor's name and mailing address

Loren Goeser
8951 79th Ave NE
Munich, ND 58352

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$598,276.00

---

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

M&S Concessions, LLC
Vicki Campbell
400 10th Street SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140,000.00**

Mark & Terese Ahmann
9426 Large Court NE
Ostego, MN 55330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Mary Berning
1223 15th Ave Sw
Minot, MN 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,336.00**

Mason Morelli
1624 Apple Way
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,672.00**

Matthew & Kelly Morelli
1624 Apple Way
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,208.00**

Matthew & Kelly Morelli
1624 Apple Way
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00**

Michael & Nadine Schutz
9039 Parkside Drive
Woodbury, MN 55125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00

Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,250.00

Nick and/or Deborah Vollmuth
2640 96th Street
Selfridge, ND 58568

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00

North Dakota Street Rod Association
Kolynne Speer
21423 190th Ave N
Ulen, MN 56585

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52,544.00

Patrick & Laura Morelli
1300 13th St SW
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00

Paul Antonucci
P.O. Box 773694
Steamboat Springs, CO 80477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00

Raoul K Brandt Trust
Raoul Brandt
PO Box 327
Stanley, ND 58784

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00

Ritchie Valen
502 Lorene Drive
O'Fallon, MO 63366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

Rob & Joleen Heim Trust
Joleen Heim
2313 8th St. E
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405,566.00 |
|---|---|---|---|

Scott Baisch
410 3rd Ave NW
Hazen, ND 58545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

Shirley Valen
2550 450th St.
Gary, MN 56545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,453.00 |
|---|---|---|---|

Spencer Olson
4740 95th St. NW
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,549.00 |
|---|---|---|---|

Tanya Senechal
4574 4th Ave NE
Balfour, ND 58712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,169.00 |
|---|---|---|---|

Terry & Ann Zeltinger
1803 24th St. SW
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,198.00 |
|---|---|---|---|

Todd & Cindy Brown
6060 66th Ave NW
Berthold, ND 58718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $102,769.00 |

Vernie Baesler
P.O. Box 144
Hazen, ND 58545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,417.00 |

Westbrand & Co. FBO Robert Nowak
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,625.00 |

William & Ginger Quam
9710 107th Ave SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500,000.00 |

William & Tammy LaCrosse
PO Box 1835
Williston, ND 58802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 12,327,013.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,327,013.00 |

**Fill in this information to identify the case:**

Debtor name ___ EPIC Companies Midwest 2023, LLC

United States Bankruptcy Court for the: ___ DISTRICT OF NORTH DAKOTA

Case number (if known) ___ 24-30282

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___EPIC Companies Midwest 2023, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) ___24-30282___

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name  **EPIC Companies Midwest 2023, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF NORTH DAKOTA**

Case number (if known)  **24-30282**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ☐ Operating a business<br>■ Other   Interest | $457,661.60 |
| For prior year:<br>From  1/01/2023 to 12/31/2023 | ☐ Operating a business<br>■ Other   Interest | $351,685.46 |
| For year before that:<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other   Interest | $28,086.87 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor    EPIC Companies Midwest 2023, LLC                          Case number *(if known)*  24-30282

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Thomas & Becky Hauge<br>8765 60th Avenue SW<br>Carson, ND 58529 | Within the last 90 days | $700,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  Mark Weber<br>641 Langer Drive<br>Casselton, ND 58012 | Within the last 90 days | $100,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  Timothy Gagnon<br>175 Victoria Court<br>Grand Forks, ND 58201 | Within the last 90 days | $52,331.03 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  David Schall<br>301 Woodland Circle<br>Grand Forks, ND 58201 | Within the last 90 days | $16,666.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Interest Payment_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  LTC The Don LLC<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104<br>Borrower | Within the last year | $975,000.00 | NR Advance |
| 4.2.  The Wave by EPIC LLC<br>400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last year | $600,000.00 | NR Advance |
| 4.3.  EOLA Landholdings LLC<br>400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last year | $595,000.00 | NR Advance |
| 4.4.  EPIC United Real Estate Holdings LLC<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104<br>Borrower | Within the last year | $580,000.00 | NR Advance |

Debtor    EPIC Companies Midwest 2023, LLC

Case number *(if known)*   24-30282

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. Beacon Landholdings LLC<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104<br>Borrower | Within the last year | $550,000.00 | NR Advance |
| 4.6. EPIC Management LLC<br>PO Box 879<br>Minot, ND 58702<br>Related Entity | Within the last year | $500,643.00 | NR Advance |
| 4.7. EPIC Companies Midwest LLC<br>400 10th Street SE<br>Minot, ND 58701<br>Related Entity | Within the last year | $450,000.00 | NR Advance |
| 4.8. Greenfield Commons II LLC<br>PO Box 879<br>Minot, ND 58702<br>Borrower | Within the last year | $390,000.00 | NR Advance |
| 4.9. Sad Downtown LLC<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104<br>Borrower | Within the last year | $339,000.00 | NR Advance |
| 4.10 Makt LLC<br>· 400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last year | $332,000.00 | NR Advance |
| 4.11 EPIC Gateway LLC<br>· 400 10th St S<br>Minot, ND 58701<br>Borrower | Within the last year | $300,000.00 | NR Advance |
| 4.12 HIE Depot, LLC<br>· 5630 34th Ave S Ste 120<br>Fargo, ND 58104<br>Borrower | Within the last year | $300,000.00 | NR Advance |
| 4.13 LTC The Lincoln LLC<br>· 400 10th St Se<br>Minot, ND 58701<br>Borrower | Within the last year | $185,000.00 | NR Advance |
| 4.14 EPIC Holdings II LLC<br>· 745 31st Avenue E #105<br>West Fargo, ND 58078<br>Borrower | Within the last year | $180,000.00 | NR Advance |
| 4.15 West Fargo Dive Bar LLC<br>· 400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last year | $170,000.00 | NR Advance |
| 4.16 Big M Minot LLC<br>· 5630 34th Ave S Ste 120<br>ND 58404<br>Borrower | Within the last year | $165,000.00 | NR Advance |

Debtor    EPIC Companies Midwest 2023, LLC    Case number *(if known)*   24-30282

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.17 · EPIC Gateway East Real Estate Holdings L 400 10th St S Minot, ND 58701 Borrower | Within the last year | $165,000.00 | NR Advance |
| 4.18 · Henry Land Holdings LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $130,000.00 | NR Advance |
| 4.19 · The Tracks Sheridan LLC 400 10th St SE Fargo, ND 58104 Borrower | Within the last year | $80,000.00 | NR Advance |
| 4.20 · JP Place LLC 4525 Park Commons Drive St. Louis Park, MN 55416 Borrower | Within the last year | $75,000.00 | NR Advance |
| 4.21 · Vance Moorhead LLC PO Box 879 Minot, ND 58702 Borrower | Within the last year | $75,000.00 | NR Advance |
| 4.22 · BA Downtown 400 10th Street SE Minot, ND 58701 Borrower | Within the last year | $50,000.00 | NR Advance |
| 4.23 · EPIC Events LLC 400 10th St SE Minot, ND 58701 Related Entity | Within the last year | $50,000.00 | NR Advance |
| 4.24 · Arbor Courts, LLC Related Entity | Within the last year | $47,975.00 | Interest Payment |
| 4.25 · Friends of the Wave LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $31,050.00 | NR Advance |
| 4.26 · Boulevard Square III LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $30,000.00 | NR Advance |
| 4.27 · Canfields Corner LLC 4525 Park Commons Drive St. Louis Park, MN 55416 Borrower | Within the last year | $30,000.00 | NR Advance |
| 4.28 · EPIC Holdings LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $25,000.00 | NR Advance |

Debtor    EPIC Companies Midwest 2023, LLC                                    Case number *(if known)*  24-30282

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.29. | Sheyenne 32 North LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $20,000.00 | NR Advance |
| 4.30. | Tigger Holdings LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $20,000.00 | NR Advance |
| 4.31. | U of J MU Jamestown LLC 400 10th St. SE Minot, ND 58701 Borrower | Within the last year | $15,000.00 | NR Advance |
| 4.32. | Donald Kounovsky 1201 North 1st Street Fargo, ND 58102 Investor | Within the last year | $14,583.30 | Interest Payment |
| 4.33. | Jeff & Peggy Miller 1920 Riverwood Drive Bismarck, ND 58504 Investor | Within the last year | $10,208.30 | Interest Payment |
| 4.34. | 8th & Main LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $10,000.00 | NR Advance |
| 4.35. | EPIC Preference LLC 400 10th St SE Minot, ND 58701 Borrower | Within the last year | $10,000.00 | NR Advance |
| 4.36. | Perham Carpet LLC 4525 Park Commons Drive St. Louis Park, MN 55416 Borrower | Within the last year | $10,000.00 | NR Advance |
| 4.37. | EPIC Skyline, LLC Vicki Campbell PO Box 879 Minot, ND 58702 Related Entity | Within the last year | $9,375.00 | NR Advance |
| 4.38. | Essential Living Inc 400 10th St SE Minot, ND 58701 Related Entity | Within the last year | $9,375.00 | NR Advance |
| 4.39. | JAK23, LLC Attn: Aaron Johnson 4424 S Technology Drive Sioux Falls, SD 57106 Borrower | Within the last year | $9,375.00 | NR Advance |
| 4.40. | SHC, Inc PO Box 746 Minot, ND 58702 Vendor | Within the last year | $7,625.00 | Services |

Debtor    EPIC Companies Midwest 2023, LLC                                      Case number *(if known)*  24-30282

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    EPIC Companies Midwest 2023, LLC        Case number *(if known)*  24-30282

---

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fredrikson & Byron, P.A.<br>60 S 6th Street, Suite 1500<br>Minneapolis, MN 55402 | | June & July 2024 See Fredrikson's Application to Employ | $58,850.00 |
| | **Email or website address**<br>www.fredlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Lighthouse Management Group<br>900 Long Lake Rd Ste 180<br>New Brighton, MN 55112 | | June and July 2024 | $70,000.00 |
| | **Email or website address**<br>www.lighthousemanagement.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | *To be determined* | Still reviewing Debtor's books and records and will amend SOFA at a later date if any transfers occured during this timeframe | | Unknown |
| | **Relationship to debtor** | | | |

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **7**

Debtor    EPIC Companies Midwest 2023, LLC _____    Case number *(if known)*  24-30282

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   Names, addresses, private information of investors _____
   Does the debtor have a privacy policy about that information?
   ☑ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    EPIC Companies Midwest 2023, LLC _____     Case number *(if known)* 24-30282 _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

| Debtor | EPIC Companies Midwest 2023, LLC | Case number *(if known)* 24-30282 |
|---|---|---|

#### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Britta Renner<br>1579 72nd Ave S<br>Fargo, ND 58104 | 7/13/2020 - 5/15/2024 |
| 26a.2. Sadie Boeckel<br>627 33rd Ave W Apt 101<br>West Fargo, ND 58078 | 1/11/2023 - 5/31/2024 |
| 26a.3. Tanya Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712 | 9/14/2022 - 5/31/2024 |
| 26a.4. Vicki Campbell<br>3600 Highview Ave. NW<br>Minot, ND 58703 | 2/28/2019 - 5/31/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Britta Renner<br>1579 72nd Ave S<br>Fargo, ND 58104 | 7/13/2020 - 5/15/2024 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. Sadie Boeckel<br>627 33rd Ave W Apt 101<br>West Fargo, ND 58078 | 1/11/2023 5/31/2024 |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. Tanya Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712 | 9/14/22 - 5/31/24 |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. Vicki Campbell<br>3600 Highview Ave. NW<br>Minot, ND 58703 | 2/28/2019 - 5/31/24 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. M&S Concessions, LLC<br>Vicki Campbell<br>400 10th Street SE<br>Minot, ND 58701 | |
| 26c.2. Epic Managment LLC<br>PO Box 879<br>Minot, ND 58702 | |

Debtor    EPIC Companies Midwest 2023, LLC                                    Case number *(if known)*   24-30282

---

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   North Dakota Securities Department<br>State Capitol, 600 E Boulevard Ave<br>14 Floor<br>Bismarck, ND 58505 |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Todd Berning | 2302 10th St W<br>West Fargo, ND 58078 | President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bill Leier | 320 32nd Ave W #302<br>West Fargo, ND 58078 | Vice President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vicki Campbell | 3600 Highview Ave. NW<br>Minot, ND 58703 | Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Kounovsky | 3680 54th Street S<br>Fargo, ND 58104 | Treasurer | 0% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    EPIC Companies Midwest 2023, LLC _____    Case number *(if known)*   24-30282

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 22, 2024_____

/s/ Patrick Finn _____          Patrick Finn _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor ___Chief Restructuring Officer_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **12**

## United States Bankruptcy Court
### District of North Dakota

In re    EPIC Companies Midwest 2023, LLC

Debtor(s)

Case No.    24-30282
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 22, 2024

Signature    /s/ Patrick Finn

Patrick Finn

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders