Rev. 12/15

# UNITED STATES BANKRUPTCY COURT
District of North Dakota

IN RE:

EPIC Companies Midwest 2023, LLC

Bankruptcy No: 24-30282
Chapter: 11

Debtor(s)

# AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**
- [ ] Voluntary Petition (describe change) _____
- [ ] Summary of Assets and Schedules and Liabilities and Certain Statistical Information
- [ ] Schedule A/B - Property
- [ ] Schedule C - The Property You Claim as Exempt
- [ ] Schedule D - Creditors Who Hold Claims Secured By Property
- [x] Schedule E/F - Creditors Who Have Unsecured Claims
- [ ] Schedule G - Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Your Income
- [ ] Schedule J - Your Expenses
- [ ] Declaration Concerning Schedules
- [ ] Statement of Financial Affairs
- [ ] Attorney's Disclosure of Compensation
- [ ] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Statement of Current Monthly Income
- [ ] Other _____

**If amending schedules D or E/F, the amendment is to:**
- [ ] Add new creditor(s) *(Notice to Creditor(s) of Amended Schedules(s)* must be served and filed)
- [x] Correct or Delete Information

**Describe changes made:** Corrections to names and addresses of investment creditors on Schedule F.
**(Examples:** Added or Reclassified Creditor "X"; Add or modified exempt property "X")

## DECLARATION

**I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.**

**DATED:** August 16, 2024        **Signature** /s/ Patrick Finn

Patrick Finn, Lighthouse Management Group, Inc.,
Chief Restructuring Officer of the Debtor
**Debtor1**

**Debtor2**

**Fill in this information to identify the case:**

Debtor name: EPIC Companies Midwest 2023, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 24-30282

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 12,378,612.82

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 12,378,612.82

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 12,327,013.00

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b   $ 12,327,013.00

**Fill in this information to identify the case:**

Debtor name: EPIC Companies Midwest 2023, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 24-30282

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
North Dakota State Tax Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:
Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

Debtor  **EPIC Companies Midwest 2023, LLC**    Case number (if known) 24-30282
Name

| 2.3 | Priority creditor's name and mailing address<br>Office of Attorney General<br>600 East Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>~~Anita M Anderson Revocable Trust~~<br>Anita M. Anderson Revocable Trust<br>Anita M Anderson<br>5136 Mesabi Lane<br>Hibbing, MN 55746 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim:  **Investment Creditor** | |
| | Last 4 digits of account number | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>~~Arnold & Luella Gomke~~<br>Arnold A. Gomke & Luella J. Gomke<br>5965 Brittania Boulevard<br>Tavares, FL 32778 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim:  **Investment Creditor** | |
| | Last 4 digits of account number | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>Arrow, LLC<br>Dr. Fadel Nammour<br>3419 1st Street E<br>West Fargo, ND 58078 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim:  **Investment Creditor** | |
| | Last 4 digits of account number | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>~~Audrey Smith~~<br>Audrey Grace Smith<br>509 6th Ave<br>Marion, ND 58466 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim:  **Investment Creditor** | |
| | Last 4 digits of account number | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Beth Postemski<br>430 Oak Street<br>Steamboat Springs, CO 80477 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $152,304.00 |
|---|---|---|---|
| | Date(s) debt was incurred | Basis for the claim:  **Investment Creditor** | |
| | Last 4 digits of account number | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor  EPIC Companies Midwest 2023, LLC  Case number (if known) 24-30282

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Bill Leier & Teri Brackenbury Leier<br>320 32nd West Ave W #302<br>West Fargo, ND 58078 | $27,109.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Brian Goeser<br>PO Box 114<br>Munich, ND 58352 | $190,458.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>BWK Real Estate LLC<br>Bart Kounovsky<br>55 Copper Rose Ct<br>Steamboat Springs, CO 80487 | $10,000.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Clifford Otten<br>908 Shady Lane East<br>Wayzata, MN 55391 | $1,054,272.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Cordell Wold<br>PO Box 1402<br>Watford City, ND 58854 | $100,000.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Curt Christofferson<br>723 7th St. E<br>Napoleon, ND 58561 | $50,000.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Cynthia Ellingson<br>PO Box 220<br>Sherwood, ND 58782 | $100,000.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Darryl Lee Edwards<br>8211 62nd St SE<br>Edgeley, ND 58433 | $240,000.00 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,566,835.00 |
|---|---|---|---|
| | ~~David Schall~~ David M. Schall<br>301 Woodland Circle<br>Grand Forks, ND 58201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120,000.00 |
|---|---|---|---|
| | ~~David Warrey~~ David R. Warrey<br>541 Willow Bend Circle<br>Casselton, ND 58012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54,000.00 |
|---|---|---|---|
| | Dean & Beth Schoenburg<br>4260 Highway 5<br>Mohall, ND 58761 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|---|---|---|---|
| | Dianna Schumacher<br>606 S. Main St<br>Milbank, SD 57252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00 |
|---|---|---|---|
| | Donald Kounovsky<br>1201 North 1st Street<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,603.00 |
|---|---|---|---|
| | Donna & Michael Klein<br>6201 121st Ave. SE<br>Minot, ND 58701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,836.00 |
|---|---|---|---|
| | Duane Foley<br>1401 35th Ave SW<br>Minot, MN 58701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor   EPIC Companies Midwest 2023, LLC                    Case number (if known)   24-30282
         Name

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>~~Elizabeth Goeser~~<br>Elizabeth Jane Goeser<br>2306 College Dr N<br>Devils Lake, ND 58301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $235,625.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>EPIC Skyline, LLC<br>Vicki Campbell<br>PO Box 879<br>Minot, ND 58702 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300,000.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Essential Living Inc<br>400 10th St SE<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300,000.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Gary Foss<br>8468 Highway 3<br>Rolette, ND 58366 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Gene & Sherry Rode<br>PO Box 66<br>Marion, ND 58466-0066 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150,000.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Harold & Robin Hultberg<br>884 31st Ave NW<br>Coleharbor, ND 58531 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $103,711.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>~~Harold Hultberg~~<br>Harold C. Hultberg<br>884 31st Ave NW<br>Coleharbor, ND 58531 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $102,304.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>HTG Investments LLC<br>Holly Gibb<br>3212 Crestbrook Court<br>Prospect, KY 40059 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,906.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>JAK23 LLC<br>Aaron Johnson<br>4424 S Technology Drive<br>Sioux Falls, SD 57106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>James D. Olson Trust<br>2850 Longfellow Rd<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $260,336.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>~~Jeff & Peggy Miller~~<br>Jeffrey L. & Peggy M. Miller<br>1920 Riverwood Drive<br>Bismarck, ND 58504 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Jeffrey McKay Descendants Irrevocable Tr<br>Jeffrey McKay<br>1337 Elm Circle N<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $147,500.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Jeremy Moe<br>22213 Dakota Ave<br>Lakeville, MN 55044 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,417.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Jerry Meyers<br>2115 147th Ave. SE<br>Erie, ND 58029 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>~~Jim & JoAnn McKay Family Trust~~<br>~~13707 Sewell Ln~~<br>~~Hudson, FL 34667~~<br><br>Jim & JoAnn McKay Family Trust fbo Julie McKay Ganskop<br>Attn: Julie Ganskop<br>6721 Schelee Court NW<br>Rochester, MN 55901<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $47,500.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>~~Jim & JoAnn McKay Family Trust~~<br>~~13707 Sewell Ln~~<br>~~Hudson, FL 34667~~<br><br>Jim & JoAnn McKay Family Trust fbo Julie McKay Ganskop<br>Attn: Julie Ganskop<br>6721 Schelee Court NW<br>Rochester, MN 55901<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $100,000.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>~~Kandas Edwards~~<br>Kandas Pearl Edwards<br>8211 62nd St SE<br>Edgeley, ND 58433<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $30,000.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Katherine Jean Backen-Andersen<br>117 3rd Ave East<br>West Fargo, ND 58078<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $200,000.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Kimberly Voltz<br>7332 Summerland Cove<br>Lakewood Ranch, FL 34202<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $40,000.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Kristen Kounovsky<br>3680 54th St S<br>Fargo, ND 58104<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $27,265.00 |

Debtor   EPIC Companies Midwest 2023, LLC   Case number (if known)   24-30282
         Name

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>~~Larry & Betty Ledene~~<br>~~Larry M. Ledene & Betty A. Ledene~~<br>~~PO Box 155~~<br>~~Powers Lake, ND 58773~~<br><br>Larry M. Ledene & Betty A. Ledene<br>300 4th Ave West, PO Box 155<br>Powers Lake, ND 58773 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $200,000.00 |
| | **Date(s) debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Larry & Letitia Johnson<br>603 3rd Ave NE<br>Jamestown, ND 58401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $80,000.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Larry Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $50,000.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Leon or Janell Vandeberg<br>2114 16th Court W<br>Williston, ND 58801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $500,000.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Liberty Development, LLC<br>Vicki Campbell<br>400 10th Street SE<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $170,000.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Lonnie & Mary Hass<br>1909 9th Street N<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $30,000.00 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Loren Goeser<br>8951 79th Ave NE<br>Munich, ND 58352 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $598,276.00 |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>M&S Concessions, LLC<br>Vicki Campbell<br>400 10th Street SE<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Mark & Terese Ahmann<br>9426 Large Court NE<br>Ostego, MN 55330 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Mary Berning<br>1223 15th Ave Sw<br>Minot, MN 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Mason Morelli<br>1624 Apple Way<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,336.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>~~Matthew & Kelly Morelli~~<br>Matthew P. & Kelly D. Morelli<br>1624 Apple Way<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54,672.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Matthew & Kelly Morelli<br>1624 Apple Way<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,208.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>~~Michael & Nadine Schutz~~<br>Michael & Nadine Marie Schutz<br>9039 Parkside Drive<br>Woodbury, MN 55125 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Michelle Charbonneau<br>2014 7th St W<br>Dickinson, ND 58601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Nick and/or Deborah Vollmuth<br>2640 96th Street<br>Selfridge, ND 58568 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,250.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>North Dakota Street Rod Association<br>Kolynne Speer<br>21423 190th Ave N<br>Ulen, MN 56585 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Patrick & Laura Morelli<br>1300 13th St SW<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,544.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Paul Antonucci<br>P.O. Box 773694<br>Steamboat Springs, CO 80477 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>~~Raoul K Brandt Trust~~<br>~~Raoul Brandt~~<br>~~PO Box 327~~<br>~~Stanley, ND 58784~~<br><br>Raoul K Brandt Trust<br>Raoul Brandt<br>903 1st St SE, PO Box 327<br>Stanley, ND 58784 | **As of the petition filing date, the claim is:** Check all that apply.<br><br><br><br><br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>Ritchie Valen<br>502 Lorene Drive<br>O'Fallon, MO 63366 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
| | Date(s) debt was incurred<br>Last 4 digits of account number | **Basis for the claim:** Investment Creditor<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor: **EPIC Companies Midwest 2023, LLC** (Name)  Case number (if known): 24-30282

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Rob & Joleen Heim Trust<br>Joleen Heim<br>2313 8th St. E<br>Dickinson, ND 58601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250,000.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>Scott Baisch<br>410 3rd Ave NW<br>Hazen, ND 58545 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $405,566.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Shirley Valen<br>2550 450th St.<br>Gary, MN 56545 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>Spencer Olson<br>4740 95th St. NW<br>Mohall, ND 58761 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,453.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>Tanya Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,549.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Terry & Ann Zeltinger<br>1803 24th St. SW<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55,169.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Todd & Cindy Brown<br>6060 66th Ave NW<br>Berthold, ND 58718 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $107,198.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>~~Vernie Baesler~~<br>Vernie D. Baesler<br>P.O. Box 144<br>Hazen, ND 58545 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $102,769.00 |
| | Date(s) debt was incurred ___ | **Basis for the claim:** Investment Creditor | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | EPIC Companies Midwest 2023, LLC | Case number (if known) | 24-30282 |
|---|---|---|---|
| | Name | | |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>Westbrand & Co. FBO Robert Nowak<br><br>Westbrand & Co FBO Robert Nowak S/D Roth IRA<br>3216 1st St SE<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,417.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>William & Ginger Quam<br>9710 107th Ave SE<br>Minot, ND 58701 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,625.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>William & Tammy LaCrosse<br>PO Box 1835<br>Williston, ND 58802 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 12,327,013.00 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.   $ | 12,327,013.00 |